COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-21-00582-CV

Style:                                    Roshanda Brown d/b/a H. Brown & Crew Landscape Service v.
Case Snow Management, Inc.

Trial Court Case Number:     2021-49582

Trial Court:                          151st District Court of Harris County

Type of Motion:                   Objection to Mediation

Party Filing Motion:             Appellee

   Appellee has objected to mediation.  The Court's mediation order dated November 3, 2021 is withdrawn.


Judge's signature: /s/ Sherry Radack
                               Acting individually

Date:  November 12, 2021

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).